IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01066-REB-BNB

JAMES VAUGHN,

Plaintiff,

v.

SAFEWAY, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Allow Filing of First Amended Complaint** [docket no. 33, filed September 25, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to accept the first Amended Complaint for filing as of the date of this Order - **October 14, 2014**.

DATED:  October 14, 2014