**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01066-REB-NYW

JAMES VAUGHN,

     Plaintiff,

v.

SAFEWAY, INC.,

     Defendants.

---

**ORDER OF DISMISSAL OF CLAIMS**

---

**Blackburn, J.**

The matter is before me on the **Plaintiff's Unopposed Motion To Voluntarily Dismiss Age Discrimination Claims Asserted Under the Third and Fifth Claims for Relief in Plaintiff's Amended Complaint** [#73][1] filed February 18, 2015. After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Unopposed Motion To Voluntarily Dismiss Age Discrimination Claims Asserted Under the Third and Fifth Claims for Relief in Plaintiff's Amended Complaint** [#73] filed February 18, 2015, is **GRANTED**; and

2. That based on the plaintiff's motion, the third and fifth claims for relief in the **First Amended Complaint and Jury Demand** [#42] filed October 14, 2014, are **DISMISSED WITH PREJUDICE.**

---

[1] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated February 20, 2015, at Denver, Colorado.

                                                 **BY THE COURT:**

                                                 */s/ Robert E. Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge