IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Actions: 14-cv-01066-REB-NYW | Date:   February 27, 2015 |
| Courtroom Deputy:   Laura Galera | FTR:   NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| JAMES VAUGHN, | *James Howard Thigpen* |
| **Plaintiff,** | |
| v. | |
| SAFEWAY, INC., | *Joseph Neguse* |
| | *Gregory Alan Eurich* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session:  10:01 a.m.

Appearance of counsel.

Argument held on Motion to Allow Additional Written Discovery [52] filed January 14, 2015; Motion for *In Camera* Review and At-Issue Waiver of Information and/or Documentation Withheld by Defendant Under Attorney-Client Privilege [55] filed January 20, 2015; Motion to Compel F.R.C.P. 30(b)(6) Deposition of Defendant [64] filed February 4, 2015; and Motion to Compel Depositions [67] filed February 6, 2015.

Counsel are instructed to meet and confer regarding the Rule 30 (b)(6) deposition and file a status report **no later than March 3, 2015** identifying the issues that are still pending regarding the Rule 30 (b)(6) deposition.

For the reasons stated on the record, it is

**ORDERED:** Motion to Allow Additional Written Discovery [52] is **DENIED.**

**ORDERED:** Motion for *In Camera* Review and At-Issue Waiver of Information and/or Documentation Withheld by Defendant Under Attorney-Client Privilege [55] is **DENIED.**

**ORDERED:** Motion to Compel F.R.C.P. 30(b)(6) Deposition of Defendant [64] is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Motion to Compel Depositions [67] is **TAKEN UNDER ADVISEMENT.**

Court in Recess:  10:43 a.m.          Hearing concluded.          Total time in Court:  00:42