# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01066-REB-NYW

JAMES VAUGHN,

Plaintiff,

v.

SAFEWAY, INC.,

Defendant.

___

## MINUTE ORDER
___

Entered by Magistrate Judge Nina Y. Wang

      This matter is before the Court on Plaintiff James Vaughn's Unopposed Motion to Withdraw Motion to Amend the Amended Complaint [#75] ("Motion to Withdraw"). [#82, filed March 6, 2015].

      The matter was assigned to this Magistrate Judge pursuant to the Order Referring Case dated April 15, 2014 [#5] and the memorandum dated March 6, 2015 [#83].

      IT IS ORDERED that the Motion to Withdraw is **GRANTED**.  Doc. #75 is deemed withdrawn.

Dated: March 9, 2015.