# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01066-REB-NYW

JAMES VAUGHN,

Plaintiff,

v.

SAFEWAY, INC.,

Defendant.

_____

## MINUTE ORDER
_____

Entered by Magistrate Judge Nina Y. Wang

      This matter is before the Court on Plaintiff James Vaughn's Motion to Amend the court's March 18, 2015 Order Granting in Part and Denying in Part his Motion to Compel Rule 30(b)(6) Deposition (the "Motion").  [#86, filed March 19, 2015].

      The matter was assigned to this Magistrate Judge pursuant to the Order Referring Case dated April 15, 2014 [#5] and the memorandum dated March 20, 2015 [#87].

      IT IS ORDERED that the Motion is **DENIED**.

Dated: March 20, 2015.