**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01066-REB-NYW

JAMES VAUGHN,

    Plaintiff,

v.

SAFEWAY INC.,

    Defendant.

---

### MINUTE ORDER[1]

---

The matter before the court is the **Defendant's Unopposed Motion to Modify Trial Preparation Conference Order Concerning Filing of Motions under Fed. R. Evid. 702** [#51][2] filed December 18, 2014. In a later order [#63], the discovery deadline was extended to March 2, 2015. Concomitantly, the deadline for Rule 702 motions should be extended also. After reviewing the motion, the file, and the record, it is

**ORDERED** as follows:

1. That the **Defendant's Unopposed Motion to Modify Trial Preparation Conference Order Concerning Filing of Motions under Fed. R. Evid. 702** [#51] filed December 18, 2014, is granted on the terms stated in this order; and

2. That the deadline for filing motions under Fed. R. Evid. 702 is extended to March 31, 2015.

Dated: April 2, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.