**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 14-cv-01066-REB-NYW

JAMES VAUGHN,

      Plaintiff,

v.

SAFEWAY, INC.,

      Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court on the plaintiff's **Unopposed Motion To Amend To Add Facts and Supporting Documentation to Plaintiff's Motion for Partial Summary Judgment on Liability as Against Defendant, Safeway, Inc.** [#97][2] filed April 16, 2015. After careful review of the motion and the file, the court concludes that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Amend To Add Facts and Supporting Documentation to Plaintiff's Motion for Partial Summary Judgment on Liability as Against Defendant, Safeway, Inc.** is granted; and

2. That the **Amended Motion for Partial Summary Judgment on Liability as Against Defendant, Safeway, Inc.**, which is attached to the motion to amend [#97] as Exhibit 2, is accepted for filing as timely; and

3. That on or before April 27, 2015, the plaintiff shall file the **Amended Motion for Partial Summary Judgment on Liability as Against Defendant, Safeway, Inc.**, which is attached to the motion to amend [#97] as Exhibit 2, with the court under a separate docket number and docket entry.

Dated:  April 23, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#97]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.