IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

Civil Actions: 14-cv-01066-REB-NYW          Date:   August 21, 2015
Courtroom Deputy:   Laura Galera          FTR:   NYW COURTROOM C-204

| *Parties* | *Counsel* |
|---|---|
| JAMES VAUGHN, | *William Sidney Finger* |
| | *James Howard Thigpen* |
| **Plaintiff,** | |
| v. | |
| SAFEWAY, INC., | *Gregory Alan Eurich* |
| | *Micah David Dawson* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session:  10:01 a.m.

Appearance of counsel.

Discussion and argument held on Amended Motion for Partial Summary Judgment on Liability as Against Defendant, Safeway, Inc.  [101] filed April 24, 2015.

**ORDERED:   Amended Motion for Partial Summary Judgment on Liability as Against Defendant, Safeway, Inc.  [101] is TAKEN UNDER ADVISEMENT.**

Parties discuss the Amended Motion [101] in context to the other filings on the docket.  This motion supersedes the Motion for Partial Summary Judgment on Liability as Against Defendant, Safeway, Inc. [96] filed April 14, 2015.

**ORDERED: The Clerk of the Court shall correct the relationship of Reply [111] to docket [101].**

Court in Recess:  10:37 a.m.          Hearing concluded.          Total time in Court:  00:36

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.