# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-01066-REB-NYW

JAMES VAUGHN,

      Plaintiff,

v.

SAFEWAY, INC.,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal with Prejudice** [#171],[1] filed December 16, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice**, [#171], filed December 16, 2015, is approved;

2. That the complaint and action, including all claims which are or could have been brought by plaintiff, are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear his or its own attorney fees and costs; and

---

[1] "[#171]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3.  That the terms of the Agreement between the parties pursuant to which the **Stipulation for Dismissal with Prejudice** was filed are to be kept strictly confidential by plaintiff, James Vaughn, and that any disclosure of such terms except to his immediate family, tax advisor or as may be required by law, may constitute contempt of court for which this court may enter such sanctions as are appropriate.

Dated January 7, 2016, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge